Scott P. Shaw (SBN 223592)
SShaw@Merchantgould.com
**MERCHANT & GOULD P.C.**
8383 Wilshire Blvd., Ste. 935
Beverly Hills, CA 90211
Telephone: (949) 330-0202

*Attorneys for Defendant
Zoetop Business Co., Ltd.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS INTERNATIONAL TEXTILES, <br><br> Plaintiff, <br><br> v. <br><br> ZOETOP BUSINESS CO., LTD, *et al*. <br><br> Defendants. | Case No. 2:25-cv-02531-SPG-MBK <br><br> **DEFENDANT ZOETOP BUSINESS CO. LTD.'S ANSWER TO COMPLAINT** <br><br><br> JURY TRIAL DEMANDED |

Defendant Zoetop Business Co., Ltd. ("Zoetop") ("Defendant"), by and through counsel, hereby files this Answer to Plaintiff's Complaint.

### GENERAL DENIAL

Except as expressly admitted in this Answer, Defendant denies all allegations set forth in the Complaint, including without limitation any allegations contained in the preamble, headings, subheadings, or footnotes of the Complaint, and specifically deny any liability to Plaintiff. Defendant also denies that Plaintiff is entitled to the relief requested in Plaintiff's Complaint, or to any other relief. Pursuant to Rule 8(b)

of the Federal Rules of Civil Procedure, allegations in the Complaint to which no responsive pleading is required shall be deemed to be denied. Defendant expressly reserves the right to seek to amend and supplement its Answer as may be necessary.

## JURISDICTION AND VENUE

1. Defendant admits that Plaintiff purports to state claims under the Copyright Act, but denies that such claims have merit. Except as expressly admitted, Defendant denies the allegations of Paragraph 1.

2. Defendant does not contest that this Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

3. For purposes of this action only, Defendant will not contest that venue is proper in this Judicial District. Defendant denies any remaining allegations of Paragraph 3.

## PARTIES

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4, such that these allegations are denied.

5. These allegations are directed to Defendant Shein Distribution Corporation, and a response from Defendant is not required. To the extent a response is required, Defendant admits that Shein Distribution Corporation is a Delaware corporation. Otherwise denied.

6. Denied.

7. Defendant admits that it is a company organized under the laws of Hong Kong. To the extent this paragraph contains additional allegations, Defendant denies the allegations of Paragraph 7.

8. These allegations are directed to Defendant Roadget Business Pte. Ltd., and a response from Defendant is not required. To the extent a response is required, Defendant admits that Roadget Business Pte. Ltd. is a company organized under the laws of Singapore. Otherwise denied.

9. These allegations are directed to Defendant Shein U.S. Services, LLC, and a response from Defendant is not required. To the extent a response is required, denied.

10. Denied.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 11, such that these allegations are denied.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 12, such that they are denied.

13. This paragraph does not state any factual allegations requiring a response. To the extent a response is required, denied.

## INFRINGEMENT OF SUBJECT DESIGN A

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14, such that these allegations are denied.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15, such that these allegations are denied.

16. Denied.

17. The images depicted in this paragraph speak for themselves and do not require a further response. To the extent this paragraph contains additional

allegations, they are expressly denied.

## INFRINGEMENT OF SUBJECT DESIGN B

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of this allegation, such that this allegation is deemed denied.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of this allegation, such that this allegation is deemed denied.

20. Denied.

21. The images depicted in this paragraph speak for themselves and do not require a further response. To the extent this paragraph contains additional allegations, they are expressly denied.

## INFRINGEMENT OF SUBJECT DESIGN C

22. Defendant is without knowledge or information sufficient to form a belief as to the truth of this allegation, such that this allegation is deemed denied.

23. Defendant is without knowledge or information sufficient to form a belief as to the truth of this allegation, such that this allegation is deemed denied.

24. Denied.

25. The images depicted in this paragraph speak for themselves and do not require a further response. To the extent this paragraph contains additional allegations, they are expressly denied.

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against All Defendants, and Each)

26. To the extent this paragraph requires an answer, Defendant responds to each allegation as set forth above.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

## PRAYER FOR RELIEF

To the extent that a response to the Prayer for Relief is required, Defendant denies that Plaintiff is entitled to the relief sought in Paragraphs (a) through (h) of the Prayer for Relief or to any relief whatsoever.

## DEFENSES AND AFFIRMATIVE DEFENSES

Without assuming the burden of proof or conceding any such issue need not be established by the Plaintiff, Defendant raises the following defenses and affirmative defenses. Defendant reserves the right to amend its answer to assert additional affirmative defenses consistent with the facts discovered in this case or as otherwise permitted by the Court.

## FIRST DEFENSE

### Invalid or Unenforceable Copyright

Plaintiff's alleged copyright is invalid and/or unenforceable.

## SECOND DEFENSE

### Innocent Intent

### [17 U.S.C. § 504(c)(2)]

Plaintiff's damages, if any, are limited because Defendant was not aware and had no reason to believe that its acts constituted an infringement of copyright.

## THIRD DEFENSE

### Fair Use

Plaintiff's claims are barred in whole or in part by the doctrine of fair use in that the accused garment designs sold by Defendant were transformative and constitute new and unique artistic expressions as compared to the original elements, if any, of the Subject Designs.

## FOURTH DEFENSE

### Statute of Limitations

Plaintiff's claims are barred in whole or in part to the extent they were brought after the expiration of the applicable statutes of limitations. *See* 17 U.S.C.A. § 507(b).

## FIFTH DEFENSE

### *De Minimis* Infringement

Plaintiff's claims are barred in whole or in part because any copying of original elements or other violations of rights which may have occurred was de minimis.

## SIXTH DEFENSE

### Lack of Substantial Similarity

Plaintiff's claims fail, in whole or in part, because the accused garment designs are not substantially similar to the Subject Designs.

## SEVENTH DEFENSE

### No Damages

Plaintiff has suffered no damage on account of any allegedly wrongful conduct by Defendant.

## EIGHTH DEFENSE

### Acts or Omissions of Third Parties

Plaintiff's claims are barred, in whole or in part, because any reproduction, distribution, or display of the allegedly infringing subject garment design was caused by the acts or omissions of other persons or entities for whose conduct Defendant is not legally responsible.

## ADDITIONAL DEFENSES

Defendant reserves the right to supplement or amend this Answer, including

DEFENDANT ZOETOP BUSINESS CO. LTD.'S ANSWER TO COMPLAINT

through the addition of further defenses, based upon the course of discovery and proceedings in this action.

## DEFENDANT'S PRAYER FOR RELIEF

**WHEREFORE**, Defendant prays for judgment as follows:

1. That the Court find against Plaintiff and for Defendant on all counts in Plaintiff's Complaint;

2. That the Court find against Plaintiff and for Defendant on Defendant's Affirmative Defenses;

3. That the Court deny Plaintiff any and all of its requested relief, including by denying any injunctive relief and any award of any monetary sums whatsoever;

4. That Defendant is awarded their attorneys' fees and costs as allowed by law; and

5. That Defendant is awarded such further legal and equitable relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Defendant hereby demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the Seventh Amendment to the U.S. Constitution.

Dated: July 29, 2025                                **MERCHANT & GOULD P.C.**

By:   */s/Scott P. Shaw*
      Scott P. Shaw

      *Attorneys for Defendant*
      *Zoetop Business Co., Ltd.*

DEFENDANT ZOETOP BUSINESS CO. LTD.'S ANSWER TO COMPLAINT